UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MSCI 2007-IQ16 BLUE HILL AVENUE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>A. HIRSCH REALTY, LLC, ANDREW SHERMAN and SARA SHERMAN,<br><br>Defendants. | C.A. No. 17-12359-PBS |

**MSCI 2007-IQ16 BLUE HILL AVENUE, LLC'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ANDREW SHERMAN AND SARA SHERMAN**

TO: THE CLERK OF THE COURT

Pursuant to Fed. R. Civ. P. 55(a), plaintiff MSCI 2007-IQ16 Blue Hill Avenue, LLC ("Blue Hill") respectfully requests entry of a default against defendants Andrew Sherman and Sara Sherman (collectively, the "Shermans") on the ground that the Shermans have failed to appear or otherwise respond to the complaint within the time specified by the Federal Rules of Civil Procedure.

Blue Hill is not seeking entry of a default against defendant A. Hirsch Realty, LLC ("Hirsch") at this time. On January 5, 2018, Hirsch filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code in a case captioned *In re A. Hirsch Realty, LLC*, Case No. 18-10043 (Chapter 11) (Bankr. D. Mass.), and, as such, further proceedings against Hirsch are currently stayed per 11 U.S.C. § 362. (The Shermans did not file for bankruptcy protection.)

As to the Shermans, they were served with the Summons and Complaint in this action on **December 6, 2017**, as evidenced by the Returns of Service filed with the Court. *See* Dkt. 8-9. As such, the Shermans were obligated to answer or otherwise respond to the Complaint by

MEI 26403919v.1